IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DEMETRO SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:18cv575 |
| ) | |
| HENRICO COUNTY, VIRGINIA ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Demetro Smith and Defendant Henrico County, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.  Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the parties agree that this Court shall retain jurisdiction to enforce the resolution of this matter.

| **Dated:  January 18, 2019** | **Dated:  January 18, 2019** |
|---|---|
| By: _/s/ Richard F. Hawkins, III_____ | By: _/s/ Denise M. Letendre_____ |
| | (with permission) |
| Richard F. Hawkins, III, VSB# 40666 | Denise M. Letendre, Esq., VSB#85606 |
| THE HAWKINS LAW FIRM, PC | Assistant County Attorney |
| 2222 Monument Avenue | County of Henrico |
| Richmond, Virginia 232220 | 4301 E Parham Road |
| (804) 308-3040 (telephone) | P.O. Box 90775 |
| (804) 308-3132 (facsimile) | Henrico, Virginia 23273-0775 |
| Email:  rhawkins@thehawkinslawfirm.net | Email: let004@henrico.us |
| *Counsel for Plaintiff* | *Counsel for the Defendant* |